IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:01cr00129-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER (AMENDED) |
| | ) | |
| JASON CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on May 19, 2010, upon the request of the United States Probation Office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by Attorney Jacqueline Johnson. The defendant waived his right to a hearing and admitted to and the Court found that the following terms of supervision had been violated:

1) defendant engaged in criminal conduct, specifically Aggravated Robbery, on November 20, 2005;

2) defendant engaged in criminal conduct, specifically Kidnaping, on November 20, 2005;

3) defendant entered pleas of guilty on March 26, 2010, to 1 count each of Aggravated Robbery and Kidnaping as noted above, both with firearm specifications.

The Court considered the guideline calculations as well as the factors in Section 3553(a)

before imposing sentence. The Court noted the following: the instant offenses were committed just days after defendant's release from a 5 year prison term; the nature and circumstances of the offenses were extremely condemning suggesting a much longer sentence should be given; deterrence -both in general and specific to this defendant - demanded a longer sentence and, with regard to retribution, the Court noted that the violations admitted to by defendant were terrible crimes.

The defendant is, therefore, committed to the Bureau of Prisons for a period of 3 years to be served consecutive to defendant's state sentence. Upon release from incarceration defendant's supervised release is reinstated for two years under the conditions previously imposed.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**

Dated: January 26, 2016

*s/      James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE